**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SAM LIPPIN,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**EXPRESS RESULTS, INC., and FORD MOTOR CREDIT COMPANY, LLC,**<br><br>**Defendants.** | **Civil Case Number: 1:26-cv-02607-KPF** |

**DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 21, 2026, Stipulation of Dismissal, all claims asserted against Defendant **FORD MOTOR CREDIT COMPANY, LLC, only,** in Civil Action No. **1:26-cv-02607-KPF**, are dismissed **without prejudice**. The parties further hereby stipulate to a dismissal of **FORD MOTOR CREDIT COMPANY, LLC,** Counterclaimant, **without prejudice**.

All parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 26 day of August 2026.**

Katherine Polk Failla

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE