BASSFORD REMELE

**KIMBERLY DANG**
COUNSEL
Licensed in NY and TX
T 612.376.1665
KDANG@BASSFORD.COM

**MEMO ENDORSED**

November 23, 2026

***VIA ECF***

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, New York, NY 10007

Re: *Lippin v. Express Results, Inc.*, Case No. 1:26-cv-02607 (KPF)
Letter Motion for Modification of Scheduling Order

Dear Judge Failla:

Defendant Express Results, Inc. ("Defendant") respectfully requests a modification of the Scheduling Order's requirement that the parties meet in person to discuss settlement by December 1, 2026.

Plaintiff Sam Lippin consents to this request.

The parties are scheduled to appear before the Court on December 4, 2026, for a pre-motion conference concerning Defendant's anticipated motion for summary judgment. Defendant believes that the contemplated motion may substantially narrow the issues in dispute or resolve this action in its entirety.

Accordingly, Defendant submits that deferring the parties' in-person settlement discussions until after resolution of the anticipated motion, should the Court permit dispositive motion practice to proceed, would facilitate more meaningful settlement discussions and conserve the parties' resources.

Additionally, undersigned counsel has a previously scheduled international travel commitment during the week of December 1, 2026, which presents a scheduling conflict with the current deadline.

For these reasons, Defendant respectfully requests that the Court extend the December 1, 2026 deadline for the parties' in-person settlement meeting until after resolution of Defendant's anticipated motion for summary judgment, should the Court establish a briefing schedule, or to such other date as the Court deems appropriate.

Defendant thanks the Court for its consideration.

Respectfully submitted,

**BASSFORD REMELE**
***A Professional Association***

By */s/ Kimberly Dang*
Kimberly Dang
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
kdang@bassford.com

*Attorneys for Defendant*
*Express Results, Inc.*

cc: Yitzchak Zelman, Esq.

Application GRANTED. The parties' deadline to meet in person to discuss settlement is hereby ADJOURNED *sine die* pending the resolution of Defendant's anticipated motion for summary judgment. Further, given the December 4, 2026 pre-motion conference, the post-fact conference currently scheduled for December 10, 2026, is hereby ADJOURNED *sine die*, as the Court anticipates that the December 4, 2026 conference will cover substantially similar topics.

The Clerk of Court is directed to terminate the pending motion at docket entry 33.

Dated: November 23, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE